JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHRISIAN MORENO,

        Petitioner,

    v.

CHARLES SCHUYLER, Acting Warden,[1]

        Respondent.

Case No. SACV 22-2027 HDV (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  July 19, 2024

HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

---

[1] Charles Schuyler, Acting Warden at Salinas Valley State Prison (SVSP) where Petitioner is incarcerated, is substituted for his predecessor.  *See* Fed. R. Civ. P. 25(d).